Charles E. Tompkins (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1155 F Street NW, Suite 700
Washington, DC 20004
Phone: (202) 508-6000
Fax: (202) 508-6200
charles.tompkins@bclplaw.com

Ashley Hyun-Jeong Kim (admitted *pro hac vice*)
Evan P. Boyle (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
161 North Clark Street, Suite 4300
Chicago, IL 60601
Phone: (312) 602-5000
Fax: (312) 602-5050
ashley.kim@bclplaw.com
evan.boyle@bclplaw.com

Joseph James Poppen (CA SBN 239282)
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Phone: (415) 675-3400
Fax: (415) 675-3434
joseph.poppen@bclplaw.com

*Counsel for Plaintiff Flextronics International USA, Inc.*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLEXTRONICS INTERNATIONAL USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TDK CORPORATION, et al.,<br><br>Defendants. | Case No. 4:22-cv-02798-JSW<br><br>**NOTICE OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1

NOTICE OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

USA.605290803.1/7X1

PLEASE TAKE NOTICE that on May 20, 2022, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Flextronics International USA, Inc. in the above-entitled action (the "Flex Action"), by and through its attorneys of record, filed an Administrative Motion to Consider Whether Cases Should Be Related in the action entitled *In re Hard Disk Drive Suspension Assemblies Antitrust Litigation*, No. 3:19-md-02918-MMC, MDL No. 2918 (the "MDL"), for the Court to consider whether the Flex Action should be related to the MDL.

DATED: May 20, 2022

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Charles E. Tompkins*

Charles E. Tompkins (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1155 F Street NW, Suite 700
Washington, DC 20004
Phone: (202) 508-6000
Fax: (202) 508-6200
charles.tompkins@bclplaw.com

Ashley Hyun-Jeong Kim (admitted *pro hac vice*)
Evan P. Boyle (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
161 North Clark Street, Suite 4300
Chicago, IL 60601
Phone: (312) 602-5000
Fax: (312) 602-5050
ashley.kim@bclplaw.com
evan.boyle@bclplaw.com

Joseph James Poppen (CA SBN 239282)
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Phone: (415) 675-3400
Fax: (415) 675-3434
joseph.poppen@bclplaw.com

*Counsel for Plaintiff Flextronics International USA, Inc.*

## CERTIFICATE OF SERVICE

In accordance with Rule 5-5 of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Ashley Hyun-Jeong Kim, hereby certify under penalty of perjury under the laws of the United States of America that on May 20, 2022, a true copy of the above document was filed through the Court's Case Management/Electronic Case Filing ("CM/ECF") System and served by that System upon all counsel of record registered for the System and deemed to have consented to electronic service in the above-captioned case.

*s/ Ashley Hyun-Jeong Kim*
Counsel for Flextronics International USA, Inc.

USA.605290803.1/7X1

BRYAN CAVE LEIGHTON PAISNER LLP
161 NORTH CLARK STREET, SUITE 4300
CHICAGO, ILLINOIS 60601-3315