**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case No. 19-md-02918-MMC<br>MDL No. 2918 |
| This Document Relates to:<br><br>FLEXTRONICS INTERNATIONAL USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TDK CORPORATION, ET AL.,<br><br>Defendants. | Related Case No. 22-cv-02798-MMC<br><br>Hon. Maxine M. Chesney<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order dated June 7, 2022 entered in the above-captioned MDL matter (ECF No. 508) (the "Order"), Plaintiff Flextronics International USA, Inc. ("Flex") and Interim Co-Lead Counsel for the Reseller Plaintiffs hereby submit this Joint Status Report.

On June 24, 2022, counsel for Flex and Interim Co-Lead Counsel for the Reseller Plaintiffs met and conferred in accordance with this Court's Order, to discuss the instant Joint Status Report. The parties discussed the existing case schedule, set forth in the Court's Amended Order Re Case Schedule dated May 27, 2022 entered in the MDL (ECF No. 503). Reseller Counsel advised that Reseller Plaintiffs seek to maintain the existing schedule and the progress of this case.

Flex has not yet received requests for discovery from any party. Subject to the practicality of responding to such discovery requests when received, Flex currently intends to comply with the existing case schedule set forth in ECF No. 503. Flex does not anticipate that individual discovery in this action will impact the Court's existing case schedule.

Counsel for Reseller Plaintiffs and counsel for Flex have agreed to coordinate in litigating this matter, to the extent practicable.

Flex agrees to comply with the procedural orders entered in the MDL:

- ECF No. 136 (Stipulated Protective Order);
- ECF No. 206 (Stipulation and Order Regarding Non-discoverability of Certain Expert Materials and Communications);
- ECF No. 213 (Stipulation and Order Re: Lifting of Discovery Stay and Coordination of Discovery and Discovery Limits; Notice of Withdrawal of Motion to Lift Discovery Stay);
- ECF No. 218 (Stipulation and Order Regarding Production of Electronically Stored Information and Hard Copy Documents);
- ECF No. 287 (Stipulation and Order Re Deposition Protocol);
- ECF No. 451 (Stipulation and Order Re Amendment to Deposition Protocol); and
- ECF No. 503 (Amended Order re Case Schedule).

DATED: July 1, 2022

Respectfully submitted,

By: */s/ Charles E. Tompkins*

Charles E. Tompkins (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1155 F Street NW, Suite 700
Washington, DC 20004
Phone: (202) 508-6000
Fax: (202) 508-6200
charles.tompkins@bclplaw.com

Ashley Hyun-Jeong Kim (admitted *pro hac vice*)
Evan P. Boyle (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
161 North Clark Street, Suite 4300
Chicago, IL 60601
Phone: (312) 602-5000
Fax: (312) 602-5050
ashley.kim@bclplaw.com
evan.boyle@bclplaw.com

Joseph James Poppen (CA SBN 239282)
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Phone: (415) 675-3400
Fax: (415) 675-3434
joseph.poppen@bclplaw.com

*Counsel for Plaintiff Flextronics International USA, Inc.*

By: */s/ Victoria Sims*

Victoria Sims (admitted *pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016
Phone: (202) 789-3960
Fax: (202) 789-1813
vicky@cuneolaw.com

By: */s/ Shawn M. Raiter*

Shawn M. Raiter

**LARSON • KING, LLP**
30 East Seventh Street, Suite 2800
Saint Paul, MN 55101
Telephone: (651) 312-6518
Facsimile: (651) 789-4818
sraiter@larsonking.com

*Interim Co-Lead Class Counsel for the Reseller Plaintiffs*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 1, 2022

*/s/ Charles E. Tompkins*
Counsel for Flextronics International USA, Inc.

**CERTIFICATE OF SERVICE**

In accordance with Rule 5-5 of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Ashley Hyun-Jeong Kim, hereby certify under penalty of perjury under the laws of the United States of America that on July 1, 2022, a true copy of the above document was filed through the Court's Case Management/Electronic Case Filing ("CM/ECF") System and served by that System upon all counsel of record registered for the System and deemed to have consented to electronic service in the above-captioned case.

*/s/ Ashley Hyun-Jeong Kim*
Counsel for Flextronics International USA, Inc.