IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Flextronics Int'l USA, Inc. v. TDK Corporation, Case No. 22-cv-2798 | Case No. 19-md-02918-MMC<br>Case No. 22-cv-02798-MMC<br><br>**ORDER DENYING PLAINTIFF FLEX'S ADMINISTRATIVE MOTION TO SEAL; DIRECTIONS TO PLAINTIFF** |

Before the Court is Flextronics International USA, Inc.'s ("Flex") Administrative Motion, filed August 5, 2022, "to Consider Whether Another Party's Material Should Be Sealed in Flex's Amended Complaint," whereby Flex seeks leave to file under seal specified allegations in its Amended Complaint on the ground the TDK Defendants have designated the cited material confidential. No response has been filed. Having read and considered the Administrative Motion, the Court rules as follows.

Under the Local Rules of this District, where a party seeks leave to file under seal any material designated confidential by another party, the filing party must file an Administrative Motion for a sealing order. See Civil L.R. 79-5(f). "Within 7 days of the filing of the motion's filing, the Designating Party must file a statement and/or declaration," see Civil L.R. 79-5(f)(3), setting forth "the reasons for keeping a document under seal," see Civil L.R. 79-5(c)(1).

Here, TDK Defendants have not filed a responsive declaration, and the time for doing so has passed.

//

1  Accordingly, the Administrative Motion is hereby DENIED, and Flex is hereby
2  DIRECTED to file in the public record, within seven days of the date of this order, the
3  unredacted version of its Amended Complaint.
4  **IT IS SO ORDERED.**

6  Dated: August 18, 2022

MAXINE M. CHESNEY
United States District Judge