# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case Nos. 3:22-cv-02798-MMC<br>3:19-md-02918-MMC<br><br>MDL No. 2918 |
| This Document Relates to:<br><br>*FLEXTRONICS INTERNATIONAL USA, INC. v. TDK CORPORATION ET AL.*, Case No. 3:22-cv-02798-MMC | [PROPOSED] ORDER |

## [PROPOSED] ORDER

Pursuant to the stipulation and upon good cause, the Court ORDERS the following:

Pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure, all claims asserted in the above-captioned action by Plaintiff Flextronics International USA, Inc. against Defendants NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd., and NAT Peripheral (H.K.) Co., Ltd. (collectively, the "NHK Defendants") are DISMISSED WITH PREJUDICE. Each party shall each bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  August 27, 2024

_____
**HONORABLE MAXINE M. CHESNEY**
**UNITED STATES DISTRICT JUDGE**